UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISBER CASTRO and<br>MARIO CASTRO,<br>       Plaintiffs,<br><br>v.<br><br>GREEN TREE SERVICING LLC,<br>and KEVIN SMITH,<br><br>       Defendants. | Miscellaneous Business Docket No. 12-91253<br><br>Southern District of New York, Civil Action<br>No. 10-cv-7211 |

### STIPULATION and ORDER

**WHEREAS** the Plaintiffs have served a subpoena upon a company called Aspect Software, Inc. ("Aspect"); and

**WHEREAS** Aspect interposed certain objections to the subpoena; and

**WHEREAS** Plaintiffs have filed a motion in the United States District Court for the District of Massachusetts seeking to compel the production of certain documents and to compel a deposition of Aspect on certain topics ("Motion to Compel"); and

**WHEREAS** Aspect disagrees with certain facts and arguments presented in the Plaintiffs' Motion to Compel, but nonetheless prefers to resolve the motion so as to avoid the time and expense of opposing such motion; and

**WHEREAS** the parties intend this Stipulation to resolve the Motion to Compel;

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Aspect will provide to Plaintiffs copies of contracts, order documents, or other records related to any sale by Aspect to Defendants of the Aspect Unified IP application establishing the date that the application was first delivered to Defendant and shall make its good faith best effort to do so by August 31, 2012;

2. Aspect will provide to the Plaintiff copies of the manuals listed in Exhibit A hereto and shall make its good faith best effort to do so by August 31, 2012;

3. On or before September 10, 2012, Aspect will appear and give testimony at a deposition regarding the following subjects:

- Describe the features, functions, and abilities of the Aspect Concerto Conversations 6.0 product;

- To the extent that the features, functions, and abilities of Conversations 6.0 are referenced in the manuals for the product, identify those references and provide explanations of the language used in said manuals;

- Describe certain features, functions, and abilities of Aspect Unified IP product, and how such differs from the Aspect Concerto Conversations 6.0 product.

4. Plaintiffs and Aspect acknowledge that there may be a need for further discovery of information once the above referenced manuals are disclosed. Counsel for Plaintiffs and Aspect intend to work together to acquire the necessary information with the least possible burden and expense on all parties. Counsel for Plaintiffs and Aspect further intend to work together to properly identify the necessary topics and deponent for the above referenced deposition, and to schedule such at a time and location convenient and efficient for all.

5. Plaintiffs and Aspect agree that facsimile signatures on this document shall be deemed original.

6. This Stipulation fully resolves Plaintiffs' Motion to Compel.

_____        8/22/12
Michael Litrownik, Esq.                 Date
Bromberg Law Office, P.C.
40 Exchange Place
New York, NY 10005
Attorney for Plaintiff

_____        8/21/12
Spencer C. Demetros, Esq.               Date
(BBO #558874)
Aspect Software, Inc.
300 Apollo Drive
Chelmsford, MA 01824
(978) 905-3850
Attorney for Aspect


SO ORDERED: _____
                    8/27/12